

Ian Piasecki – Associate
225 Broadway, 39th Floor
New York, NY 10007
P: (212) 595-6200
F: (212) 595-9700
ipiasecki@mizrahikroub.com

November 29, 2023

**VIA ECF**

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

MEMORANDUM ENDORSED

Re:   *Hernandez v. Oxford Industries, Inc.*; Case No. 1:23-cv-08362

Dear Judge Gorenstein:

We represent plaintiff Marlelis Hernandez ("Plaintiff") in the above-referenced action. We submit this letter to respectfully request an adjournment of 2 weeks of the Initial Case Management Conference that is set for November 30, 2023 at 11:00 am.  *See* Docket No. 13. Plaintiff's principal attorney has been diagnosed with COVID and is recovering from the same. With consent of Defendant, we request an adjournment of the conference by 2 weeks. This is Plaintiff's first request for such an adjournment.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ *Ian Piasecki*
Ian Piasecki

cc:   All Counsel of Record (via ECF)

Conference adjourned to December 14, 2023 at 11:00 a.m. In the future, the parties should comply with paragraph 1.F of the Court's Individual Practices.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
November 30, 2023